UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


ROY FOREST, JR.                                       CIVIL ACTION

VERSUS                                                NO. 11-2017

MICHAEL J. ASTRUE, COMMISSIONER                       SECTION "I" (2)
OF SOCIAL SECURITY ADMINISTRATION


## ORDER

The Court, after considering the petition, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and the objection by plaintiff, Roy

Forest, Jr., which is hereby **OVERRULED**, approves the Magistrate Judge's Findings

and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that

plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __15th___ day of August, 2012.


_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE